UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shawn Singleton ) | Civil Action No.: 06 0741 GK |
| Reg. No. 44506-054 ) | |
|    Plaintiff ) | MOTION FOR APPOINTMENT OF COUNSEL |
| ) | |
|    v. ) | |
| ) | |
| City of Washington, ) | |
| District of Columbia et al., ) | |
|    Defendant ) | |

    Now comes the Plaintiff, Shawn Singleton, filing Pro Se, seeking from this Honorable Court Appointment of Counsel to assist same in this Civil ACtion.

    The Plaintiff hereby submits that he is indigent as the Court records will reflect and that Counsel will be necessary in the present Action/proceeding to ensure that his rights are protected.

    Wherefore, for all the above reasons Plaintiff hereby requests of this Honorable Court the benifit of "appointment of Counsel" and any further relief this Court deems fair and appropriate.

    Respectfully submitted on this the First day of June, 2006.

                                         Shawn Singleton, Pro Se
                                         Reg. No.: 44506-054
                                         FMC-Devens
                                         P.O. Box 879
                                         Ayer, MA 01432

RECEIVED
JUN - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT