IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shawn Singleton, #44506-054,<br><br>                    Plaintiff,<br><br>        v.<br><br>City of Washington, District of Columbia, Fred Figueroa, Jacquelyn Banks, Denise King and Anthony Williams,<br><br>                    Defendants. | Civil Action No. 06-00741 (GK) |

**ORDER GRANTING MOTION TO DISMISS**

UPON CONSIDERATION of the Motion to Dismiss filed by Defendants Anthony Williams and the District of Columbia, the Memorandum of Points and Authorities in support thereof, and any opposition thereto, it is this _____ day of _____, 2006,

ORDERED that the Defendants' Motion to Dismiss be, and hereby is, GRANTED, and it is further;

ORDERED that the Plaintiff's Complaint against Defendants Anthony Williams and the District of Columbia be dismissed with prejudice.

_____
Judge, United States District Court