UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN SINGLETON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-741 (GK) |
| | ) |
| CITY OF WASHINGTON, DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Defendants have filed a motion to dismiss. Plaintiff is proceeding *pro se*. The Court will rule on Defendants' motion taking into consideration the facts proffered by Plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If Plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

**ORDERED** that Plaintiff shall respond to the Defendants' motion to dismiss by **July 13, 2006**.

                                          /s/
                                          GLADYS KESSLER
                                          United States District Judge

DATE: June 13, 2006