IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shawn Singleton, #44506-054,<br><br>                Plaintiff,<br><br>     v.<br><br>City of Washington, District of Columbia, Fred Figueroa, Jacquelyn Banks, Denise King and Anthony Williams,<br><br>                Defendants. | Civil Action No. 06-00741 |

**NOTICE OF APPEARANCE**

      Jennifer L. Holsman, of Jones, Skelton & Hochuli, P.L.C., attorneys at law, herewith gives notice of her appearance as attorney of record for Defendants Anthony Williams and the District of Columbia, and requests that copies of notices, pleadings, awards, correspondence and other matters of record be served upon her.

//

//

//

//

1641829.1

Dated: June 14th, 2006         By: s/Jennifer L. Holsman
                                                         Daniel P. Struck, Bar No. C0037
                                                         Jennifer L. Holsman, Bar No. 495296
                                                         JONES, SKELTON & HOCHULI, P.L.C.
                                                         2901 North Central Avenue, Suite 800
                                                         Phoenix, Arizona  85012
                                                         Telephone: (602) 263-1700
                                                         Facsimile: (602) 263-1784

                                                         Kelvin L. Newsome, Bar No. 439206
                                                         Megan Ben'Ary, Bar No.439415
                                                         LeClair Ryan, A Professional Corporation
                                                         225 Reinekers Lane, Suite 700
                                                         Alexandria, Virginia 22314
                                                         Telephone: (703) 647-5928

                                                         Attorneys for Defendants
                                                         *District of Columbia and Mayor Williams*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this document was mailed on even date by regular, US mail, postage prepaid, to the following:

Shawn Singleton,
Inmate No. 44506-054
FMC – Devens
PO Box 879
Ayer, MA 01432
*Plaintiff Pro Se*


s/Colleen Webb