## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shawn Singleton, #44506-054, | |
|        Plaintiff, | Civil Action No. 1:06cv00741 |
|   v. | |
| City of Washington, District of Columbia, Fred Figueroa, Jacquelyn Banks, Denise King and Anthony Williams, | |
|        Defendants. | |

### NOTICE OF APPEARANCE

Pursuant to LCvR 83.6, Daniel P. Struck, Esq. (D.C. Bar No. CO0037) hereby enters his appearance as counsel for Defendants, *Anthony Williams and the District of Columbia,* in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Daniel P. Struck, Esq. is as follows:

> Daniel P. Struck, Esq.
> JONES, SKELTON & HOCHULI, P.L.C.
> 2901 North Central Avenue
> Suite 800
> Phoenix, Arizona 85012
> Telephone No.:  (602) 263-7323
> Facsimile No.:   (602) 200-7811
> E-Mail: dstruck@jshfirm.com

Dated this 23rd day of June 2006.

        Respectfully submitted,

        s/ Daniel P. Struck
Daniel P. Struck (D.C. Bar No. CO0037)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7323
Facsimile: (602) 200-7811

Kevin L. Newsome (D.C. Bar No. 439206)
Megan S. Ben'Ary (D.C. Bar No. 493415)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane
Suite 700
Alexandria, Virginia 22314
Telephone: (703) 647-5928
Facsimile: (703) 647-5978 (direct)

Attorneys for Defendants, *Anthony Williams and the District of Columbia*

Filed Electronically this 23rd day of
June 2006.

Copy of the foregoing mailed even date to:

Shawn Singleton, #44506-054
FEDERAL MEDICAL CORRECTIONAL FACILITY – DEVENS
P. O. Box 879
Ayer, MA   01432
Plaintiff *Pro Se*

   s/ Carol S. Madden
1647364.1