**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Jacquelyn Banks, Asst. Warden
Wilkinson County Corr. Facility
299 US Hwy. 61 N.
POB 1079
Woodville, MS 39669

Civil Action, File Number __06-741 GK__

__Shawn Singleton__
V.
__City of Washington, DC et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__6/14/06__                                __[signature]__
Date of Signature                          Signature (USMS Official)

06-741  6-14-06  JRJ

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Jacquelyn Banks, Asst. Wd.
Wilkinson Co. Corr. Facility
299 US. Hwy. 61.N
Woodville, MS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X __Rosemary Tatum__
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Rosemary Tatum

C. Date of Delivery
6-19-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☒ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0003 7140 4750

PS Form **3811**, February 2004     Domestic Return Receipt     102595-02-M-1540

**RECEIVED**
JUN 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

...plaint in the above captioned manner at
...Street Name or P.O. Box No.
...Code
...tity/Authority to Receive

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense