## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SHAWN SINGLETON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-741 (GK)** |
| | ) | |
| **CITY OF WASHINGTON, DISTRICT OF** | ) | |
| **COLUMBIA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Defendant Fred Figueroa and Jacquelyn Banks have filed a motion to dismiss.  Plaintiff is proceeding *pro se*.  The Court will rule on Defendants' motion taking into consideration the facts proffered by Plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case.   If Plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case.  *See  Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).   Accordingly, it is

**ORDERED** that Plaintiff shall respond to the Defendants' motion to dismiss by **August 18, 2006** or the motion will be granted and the defendants dismissed.


_____/s/_____
GLADYS KESSLER
United States District Judge


DATE: July 18, 2006