IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Shawn Singleton,

               Plaintiff,

    v.

City of Washington, et al.,

               Defendant.

Civil Action No. 06-741 GK

## SECOND AFFIDAVIT OF JOYCE ALLEN

I, JOYCE ALLEN, being duly sworn according to law, upon my oath, depose and say:

1.      I have been employed by Corrections Corporation of America (hereinafter "CCA") since October 2000.  I currently am the Facility Grievance Officer at the Correctional Treatment Facility ("CTF") operated by Corrections Corporation of America in Washington, D.C.

2.      I have reviewed the allegations contained in Plaintiff's Pro Se Response in Opposition to Defendants [sic] Motion to Dismiss.

3.      I have personal knowledge of the matters contained in this Second Affidavit, have reason to believe that the matters stated herein are true and accurate, and submit this Second Affidavit in support of the City of Washington's Motion to Dismiss.

4.      The inmate grievance procedure contained in CCA Policy 14-5, attached to my previous affidavit, expressly prohibits one inmate from filing a grievance on behalf of another. *See.* Policy 14-5 at 3, ¶E.

5.      During the time period described in the Complaint, only seven inmates filed grievances related to temperatures in the Medical-96 housing unit.  When I receive a grievance regarding an environmental issue, my normal practice and procedure is to refer it to the Maintenance Department for investigation prior to rendering my decision.

6.      An inmate named Anthony[1] (DCDC #xxx-022) filed grievance number 2072-A on July 19, 2005 requesting that fans be placed in the unit.  This grievance was resolved on July 25, 2005 and was not appealed.  *See* Attachment A submitted herewith.

7.      An inmate named Fred (DCDC #xx8-129) filed grievance number 2072-B on July 19, 2005 requesting that fans be placed in the unit.  This grievance was resolved on July 25, 2005 and was not appealed.  *See* Attachment B submitted herewith.

8.      An inmate named Thomas (DCDC #xxx-059) filed grievance number 2072-C on July 19, 2005 requesting that fans be placed in the unit.  This grievance was resolved on July 25, 2005 and was not appealed.  *See* Attachment C submitted herewith.

9.      On July 25, 2005, I met with the three inmates who filed grievances numbered 2072-A, 2072-B, and 2072-C.  I advised the inmates that the air conditioning system in the facility was undergoing maintenance and repairs which had begun prior to the filing of their grievances.  In response to an inmate's specific request for a fan, I further explained that fans in the facility were limited and were available based on need.  I advised them to speak with their Unit Manager to get a fan on their behalf.  A fan was subsequently placed on the Medical-96 housing unit.

---

[1] In order to protect the privacy interests of non-party inmates, they are identified only by first same and the last digits of their District of Columbia, Department of Corrections Identification Number.  The purpose of this limited identification is to demonstrate that none of the grievances regarding temperatures in Medical-96 housing unit were submitted by the Plaintiff in the instant action, whose DCDC# is 261-129.  The same information is also redacted from their attached grievances.

10.    Grievance Coordinator Allen examined Plaintiff's D.C. Department of Correctio is Face sheet in preparation of this second affidavit. Grievance Coordinator Allen has never exchanged any dialog with Plaintiff or in his presence regarding any grievance issues.

11.    An inmate named Alvin (DCDC #xxx-534) filed grievance number 3010 on Augus: 2, 2005 complaining that the door to his cell was closed on July 23, 2005 and he suffered heat stroke requiring medical assistance. This grievance was resolved on August 10, 2005 and was not appealed. *See* Attachment D submitted herewith.

12.    An inmate named Charles (DCDC #xxx-036) filed grievance number 3012 on August 2, 2005 complaining that he suffered heat exhaustion during an electrical power failure on July 23, 2005. This grievance was resolved on August 10, 2005 and was not appealed. *See* Attachment E submitted herewith.

13.    An inmate named Gregory (DCDC #xxx-508) filed grievance number 3128 on August 16, 2005 complaining that the air conditioning was not working. This grievance was denied as unfounded on August 19, 2005 and was not appealed. In fact, the Maintenance Department reported that the air conditioning unit in the A-building, where the Medical-96 housing unit is located, had recently been serviced and was found to be working properly. *See* Attachment F submitted herewith.

14.    An inmate named Dwight (DCDC #xxx-950) filed grievance number 3129 on August 16, 2005 complaining that the air conditioning was not working. This grievance was resolved on August 24, 2005 and was not appealed. *See* Attachment G submitted herewith.

15.    On September 12, 2005, Plaintiff was transferred from CTF to the D.C. Jail, in preparation for his further transfer to the a Federal designation.

16.    On September 20, 2005 (a full week <u>after</u> filing his Complaint), Inmate Jamaal Aki[2] submitted a letter, rather than the mandatory inmate grievance form, to the grievance box. In this letter, Inmate Aki alleged that Grievance Coordinator Allen failed to respond to a grievance he submitted regarding a power outage that took place on May 30, 2005. A search of the grievance log demonstrates that neither Inmate Aki nor any other inmate submitted a grievance regarding a power outage in May 2005. A further review of CCA-CTF's Monthly Incident Report Log for May 2005 also does not reflect that there was a power outage in May 2005.

17.    A further investigation of Inmate Aki's allegation revealed that he spearheaded an initiative to defraud CCA of money by encouraging eleven (11) other inmates on the Medical-96 housing unit to submit letters which falsely alleged that they had also submitted grievances on May 31, 2005 about a power outage on May 30, 2005. Some of the inmates who submitted those letters stated that they only did so because Inmate Aki told them that they could get paid if they filed a class action. Several of the inmates admitted that they in fact did not submit a grievance on May 31, 2005. As a result, several of those inmates were charges with Lying, which is a Class II Major Offense, and Disciplinary Reports were filed. Additionally, Inmate Aki confessed to forging several of those letters on behalf of other inmates.

18.    Additionally, during calendar year 2005, in nine of the cases where I determined that an inmate's grievance was "Not Grievable" under the grievance policy, inmates still chose to appeal my decision. A true copy of those entries records from the 2005 Grievance Log is appended hereto as Attachment H[3]. Such appeals are legitimate under the inmate

---

[2] Plaintiff disclosed the identity of Inmate Jamal Aki in his Opposition at 2, 5-6. Plaintiff merely reiterates Inmate Aki's allegations that administrative remedies were exhausted.
[3] Those entries have been redacted to remove the inmate name, DCDC# and subject of the grievance.

grievance procedure, which explicitly permits inmates to grieve individual staff actions, including any denial of access to the grievance procedures. *See* Policy 14-5 at 2, ¶B.2.

19.    Even if all actions alleged by Plaintiff Shawn Singleton relating to the filing of a grievance were true, those steps are not recognized by the Inmate Grievance Policy as constituting the proper filing of a grievance, much less properly exhausting the administrative appeals process.

FURTHER AFFIANT SAYETH NAUGHT.


                                        _Joyce Allen_____
                                             Joyce Allen

WASHINGTON          )
                    ) ss.
DISTRICT OF COLUMBIA )

        SUBSCRIBED AND SWORN before me this 28th day of July, 2006,
by Joyce Allen

                                        _Phoenix C. Ishmor_____
                                             Notary Public

My Commission Expires:

                            Phoenix C. Ishmor
                            Notary Public, District of Columbia
                            My Commission Expires 07-31-2008

# ATTACHMENT A

*To: Mr. Parker (Contract Monitor)*

Grievance No.: *2072-A*    *No longer assigned to the unit*    Form 14-5A -- For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM    JUL 19 AM 9:05

Name (Print): ▓▓▓▓▓▓ (Last Name)    *Anthony* First    ▓ Middle Initial

Number: ▓▓▓▓ *022*    Housing Assignment: *Medical 96*

INFORMAL RESOLUTION ATTEMPTED?    Yes _____    No _____
NAME OF STAFF CONTACTED _____

**STATE GRIEVANCE (include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).**

*I am writing you to let you know due to the heat in Medical 96 I am having trouble breathing And also the increasing heat is triggering asthma attacks*

**Requested Action**

*I would like if possible a fan or two on medical 96 due to the heat*

Inmate/Resident's Signature: *Anthony* ▓▓▓▓▓    Date Submitted: *7/18/05*

**GRIEVANCE OFFICER'S REPORT**

*This grievance was forwarded to the maintenance supervisor, Mrs. L. Smith for investigation and resolution. Mrs. Smith had an outside company begin repairs on the facilities air conditioning system on 7/6/05.*

**GRIEVANCE OFFICER'S DECISION**

*The system has been repaired. Resolved prior to grievance.*

Grievance Officer's Signature: *R. Allen*    Date: *7/27/05*

Inmate/Resident's Signature (upon receipt): ✗ *Transferred to DC Jail*    Date: *07/29/05*

APPEAL: Yes _____    No _____    STATE REASON (S) FOR APPEAL: _____

_____
_____
_____

**WARDEN/ADMINISTRATOR'S RESPONSE**

_____
_____
_____

Warden/Administrator's Signature: _____    Date: _____
Inmate/Resident's Signature (upon receipt) _____    Date: _____

Revised 02-01-02

# ATTACHMENT B

Grievance No.: 2072 B

So Mr. Parker (Contrad minister)

Form 14-5A – For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print): ▮▮▮▮▮▮    Fred    ▮▮▮▮▮▮
Last Name    First    Middle Initial

Number: 2-129    Housing Assignment: M-96    JUL 19 PM 8:36

INFORMAL RESOLUTION ATTEMPTED?    Yes _____    No _____
NAME OF STAFF CONTACTED _____

STATE GRIEVANCE (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

I am requesting you to let you know that there is not, air condition working on M-96. And I have asthma, and sleep apnea and it has been to hot to sleep.

Requested Action: I would like to see a member of fam in the court.

Inmate/Resident's Signature: Fred ▮▮▮▮▮    Date Submitted: 7-18-05

### GRIEVANCE OFFICER'S REPORT

This grievance was forwarded to Mrs. R. Smith the maintenance supervisor. The maintenance dept started making preparations to fix the air conditioning system in villa as. Work began on 7/8/05 and has been completed.

### GRIEVANCE OFFICER'S DECISION

This grievance resolution began prior to the submission of this grievance.

Grievance Officer's Signature: R. Allen    Date: 7/27/05
Inmate/Resident's Signature (upon receipt): X Fred ▮▮▮▮▮    Date: 7/27/05

APPEAL: Yes _____    No _____    STATE REASON (S) FOR APPEAL: _____

_____

_____

WARDEN/ADMINISTRATOR'S RESPONSE

_____

_____

Warden/Administrator's Signature: _____    Date: _____
Inmate/Resident's Signature (upon receipt) _____    Date: _____

Revised 02/01/02

# ATTACHMENT C

To MR PARKER

Grievance No.: 2022-C

Form 14-5A -- For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print): ███ Thomas ███

Number: ███ L059    Housing Assignment: Med 9th 19

INFORMAL RESOLUTION ATTEMPTED?    Yes _____    No _____
NAME OF STAFF CONTACTED _____

STATE GRIEVANCE (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

It is Extremely hot and there IN NO Air Circulating I Suffer From Respitory Problems as well as sleep apnea And the Extreme heat is making me wake up with some Shortness of Breath

**Requested Action**

Get us LARge Fans For the Air to Circulate until the Air Conditioning Is Fixed

Inmate/Resident's Signature: Thomas ███    Date Submitted: _____

**GRIEVANCE OFFICER'S REPORT**

This grievance was referred to the maintenance department. Mrs R Smith for resolution Permit to repair the system started in May 05 The actual work program on 7/6/05. Work has Been Completed and air conditioning system repair

**GRIEVANCE OFFICER'S DECISION**

This complaint was in the process of being Resolved prior to this grievance Without Merit.

Grievance Officer's Signature: Q. allen    Date: 7/27/05
Inmate/Resident's Signature (upon receipt): X ███    Date: 7-27-05

APPEAL:  Yes _____    No _____    STATE REASON (S) FOR APPEAL: _____
_____
_____
_____

**WARDEN/ADMINISTRATOR'S RESPONSE**
_____
_____
_____
_____

Warden/Administrator's Signature: _____    Date: _____
Inmate/Resident's Signature (upon receipt): _____    Date: _____

Revised 02-01-02

# ATTACHMENT D

Grievance No.: 3040

Form 14-6A – For Offical Use Only

AUG 2 PH 3:54

## CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print): ████████ ALVIN

Number: ███████ 534    Housing Assignment: Mod-96

INFORMAL RESOLUTION ATTEMPTED?    Yes ✓    No

NAME OF STAFF CONTACTED: Sgt Drummond / Capt. Holland

**STATE GRIEVANCE (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).**

At about 7am Saturday July 23 2005 emergency power came on indicating an electrical shortage. Around 1-2 pm all power was lost and at 3pm count time Unit Officer Mancia announced that she was ordered to lock the unit down. I was locked in my cell for approximately (4)four hours. When I awoke, sank and wet and unable to breathe. Me and my cellmate began to beat on the celldoor for assistance. A few mounts later everything went black and the next thing I remember is being pick off the floor. The nurse said I had suffered heat exhaustion/stroke.

**Requested Action**

I ask that this situation of being placed in a locked cell for hours never occurs again when an emergency of this magnitude happens.

Inmate/Resident's Signature: Alvin ████    Date Submitted: 7-26-05

**GRIEVANCE OFFICER'S REPORT**

Due to a weather related situation CTF lost power on 7-23-05 at 9:52 a.m. The backup generator came on at 9:53 a.m. and continued to provide power to CTF until it went out completely at 3:31 p.m. on 7-23-05. The ██████ ██████ ██████ power at 4:14 p.m. Inmate ████ ████████ ██████ ██████ ████████ to M-168 on 7/23/05 where they were

**GRIEVANCE OFFICER'S DECISION**

All cells remained open until inmates failed to comply with the officers direction to remain in their cells. The Unit Officers continued the security of the cells...

Grievance Officer's Signature: W. Allen    Date: 8/8/05

Inmate/Resident's Signature (upon receipt): X Alvin ████    Date: 8/8/05

doors only after inmates refused to remain in their cells.

APPEAL: Yes    No    STATE REASON (S) FOR APPEAL: Unit Officer was alerted and a medical code was called. Capt Holland, Lt. Rich, Sgt Wright and other staff including the duty Nurse came to Mod-96 and found me semi-conscious on my cell floor and the nurse treated me ██████████

**WARDEN/ADMINISTRATOR'S RESPONSE**

There is no credit to support your alligation - Grievance Denied

Warden/Administrator's Signature: ████    Date: 8/4/11

Inmate/Resident's Signature (upon receipt): X Alvin ████    Date: 8/24/█

monitored by medical staff. There is no medical documentation that reflect inmate ████ ever experienced a medical emergency stroke or sustained a heat...

# ATTACHMENT E

Grievance No.: _3012_    DI-A

Form 14-5A – For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print): ▮▮▮▮ Charles ▮▮▮▮

Number: ▮▮▮ 036    Housing Assignment: M-96

INFORMAL RESOLUTION ATTEMPTED? Yes ✓    No _____

NAME OF STAFF CONTACTED: Cptp. Holland + Sgt. Desmond

STATE GRIEVANCE (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary.)

On July 23, 2005 when the Electric power was lost around 7am I was subjected to heat exhaustion. The units heat index was very high and I was without drinking water or no ice. At about 3pm the unit was locked down and I was locked in my cell for about three to four hours. I could not breathe and my cell mate fell out from the heat. I am still suffering with headaches

Requested Action: Since the incident, better procedures should have been used to avoid me to being subjected to heat exhaustion

Inmate/Resident's Signature: Charles ▮▮▮▮    Date Submitted: 7-27-05

### GRIEVANCE OFFICER'S REPORT

On 7-23-05 the electric power went out on II due to a weather related situation. CTA notes states that terminated power at 9:33am on 7/23/05 CTA lost power. However, at 9:53am the backup facilities restored power in to CTF on 7/23/05. In MID until cut it was to be left open until CII lowered inmates to remain

### GRIEVANCE OFFICER'S DECISION

in their cells during the power outage. However on the II was returned to M-96 on 7/23/05 the inmates refused to remain in their cells as instructed. The shut system allows

Grievance Officer's Signature: ▮▮▮▮    Date: 8/30/05

Inmate/Resident's Signature (upon receipt): X Charles ▮▮▮▮    Date: 8/30/05

the officer to secure the unit manually in that event of operation

APPEAL: Yes ✓    No _____    STATE REASON (S) FOR APPEAL: _____

### WARDEN/ADMINISTRATOR'S RESPONSE

Warden/Administrator's Signature: _____    Date: 9/2/06

Inmate/Resident's Signature (upon receipt): _____    Date: _____

in all correctional institutions, Grievance is not possible.

Revised 02-01-01

# ATTACHMENT F

Grievance No. 3128                                          Form 14-6A -- For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print) ▮▮▮▮▮  GREGORY ▮▮▮▮▮
                           First                    Middle Initial

Number: ▮▮▮▮ 5281          Housing Assignment: MED - Aug 16 AM 11:15

INFORMAL RESOLUTION ATTEMPTED?    Yes _____    No _____
NAME OF STAFF CONTACTED  CORRECTION OFFICER (EACH SHIFT)

STATE GRIEVANCE (include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

Air conditioning unit constantly malfunctioning.
-Temp. Exceding over 90° per day As of 8/4/05

Also I was seen By A physician on 8/10/05
I Am diabetic, My Food cal intake was set at 2400,
Dr. Increased to 2800 Calories, But I'm Receiving less
Food.

Requested Action

Fix A/C unit, And make Food Calorie
Adjustment

Inmate/Resident's Signature: ▮▮▮▮▮          Date Submitted: 8/15/05

GRIEVANCE OFFICER'S REPORT

Per Maintence Supervisor Smith the A/C
was not broke and he has not received any
work orders from the staff regarding the
temperature.

GRIEVANCE OFFICER'S DECISION

Unfounded.

Grievance Officer's Signature: _____ R. Allen _____ Date: 8/19/05
Inmate/Resident's Signature (upon receipt): _____ Date: 8/18/05

APPEAL: Yes _____  No _____    STATE REASON (S) FOR APPEAL: _____

_____
_____
_____

WARDEN/ADMINISTRATOR'S RESPONSE

_____
_____
_____

Warden/Administrator's Signature: _____    Date: _____
Inmate/Resident's Signature (upon receipt): _____    Date: _____

Revised 02-01-02

# ATTACHMENT G

Grievance No.: 3129          Form 14-5A — For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM   AUG 16 AM 11:13

Name (Print): ████████████ Dwight                    ████████████

Number: ███ ██        Housing Assignment: md 96

INFORMAL RESOLUTION ATTEMPTED?   Yes _____   No _____
NAME OF STAFF CONTACTED   mr. F. Figueroa   warden

STATE GRIEVANCE (Include documentation, witnesses, date of incident and any other information pertaining to the
grievance subject. Attach additional pages if necessary).

I have carried out an experiment. I am
trying to be a medical unit. It's to hot in here.
Can't breath regerly. Please do something about the
air condting the medical unit should be one of the
coolest units as the whole center. Please Sir could
you address this problem, we are depending on your
help for us..                    Thank you Sir

Requested Action

Inmate/Resident's Signature: Dwight ████████        Date Submitted: 8/13/05

GRIEVANCE OFFICER'S REPORT

I maintainance e supervisor Smith the A/C
is working. the walden stres that she has not
resieved any complaint from the depending
this issue housein she would have had staff
investigate this complaint futher

GRIEVANCE OFFICER'S DECISION

denied

Grievance Officer's Signature: ████████        Date: 8.23.05
Inmate/Resident's Signature (upon receipt): ████████        Date: 8-23-05

APPEAL:  Yes _____   No _____          STATE REASON (S) FOR APPEAL: _____

WARDEN/ADMINISTRATOR'S RESPONSE

Warden/Administrator's Signature: _____        Date: _____
Inmate/Resident's Signature (upon receipt) _____        Date: _____

Revised 02-01-02

# ATTACHMENT H

## CCA/CTF GRIEVANCE LOG FOR THE MONTH OF APRIL 2005

| Log number | Date Grievance Received | Name of Grievant | DCDC | Unit | Grievance Subject | Sent To | Date Sent | Date Due | response to IM | Description of Response | Appeal yes/no |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 725 | 4/22/2005 | | | E-1-B | | Broykins | 4/25/2005 | 4/28/2005 | 5/5/2005 | Not Grievable | Yes/Resolved |

## CCA/CTF GRIEVANCE LOG FOR THE MONTH OF MAY 2005

| Log number | Date Grievance Received | Name of Grievant | DCDC | Unit | Grievance Subject | Sent To | Date Sent | Date Due | response to IM | Description of Response | Appeal yes/no |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 769 | 5/3/2005 | | | E-1-B | | J.Allen | 5/4/2005 | 5/11/2005 | 5/10/2005 | Not Grievable | Yes/Denied |

## GRIEVANCE LOG FOR THE MONTH OF SEPTEMBER 2005

| Log number | Date Grievance Received | Name of Grievant | DCDC | Unit | Grievance Subject | Sent To | Date Sent | Date Due | response to IM | Description of Response | Appeal yes/no |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3262 | 9/7/2005 | | | D4B | | Broykins | 9/7/2005 | 9/12/2005 | 9/12/2005 | Not Grievable | Yes/Denied |
| 3321 | 9/17/2005 | | | E3-B | | COS/Walton | 9/19/2005 | 9/22/2005 | 9/23/2005 | Not Grievable | Yes/Addressed |
| 3322 | 9/19/2005 | | | D4-B | | COS/Prosise | 9/20/2005 | 9/23/2005 | 9/23/2005 | Not Grievable | Yes/Denied |

## GRIEVANCE LOG FOR THE MONTH OF OCTOBER 2005

| Log number | Date Grievance Received | Name of Grievant | DCDC | Unit | Grievance Subject | Sent To | Date Sent | Date Due | response to IM | Description of Response | Appeal yes/no |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3570 | 10/25/2005 | | | M-96 | | J. Allen | 10/25/2005 | 10/28/2005 | 10/26/2005 | Not Grievable | Yes/Denied |
| 3579 | 10/25/2005 | | | E3-A | | COS/Idleburg | 10/26/2005 | 10/28/2005 | 11/4/2005 | Not Grievable | Yes/ |

## GRIEVANCE LOG FOR THE MONTH OF NOVEMBER 2005

| Log number | Date Grievance Received | Name of Grievant | DCDC | Unit | Grievance Subject | Sent To | Date Sent | Date Due | response to IM | Description of Response | Appeal yes/no |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3696 | 11/18/2005 | | | E1-B | | J. Allen | 11/21/2005 | 11/24/2005 | 11/23/2005 | Not Grievable | Yes/Denied |