# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHAWN SINGLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-741 (GK) |
| | ) | |
| CITY OF WASHINGTON, DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum Opinion issued this 11th day of December, 2006, it is

ORDERED that Defendants' motions to dismiss [11][17] are GRANTED.  It is

FURTHER ORDERED that the case is DISMISSED without prejudice.


/s/

GLADYS KESSLER
United States District Judge